**Fill in this information to identify the case:**

Debtor 1     Oran Hill

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Texas

Case number 17-31790-hdh13

# Form 4100R
## Response to Notice of Final Cure Payment                               10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 0019

**Property address:** 1263 Yellow Rock Ridge
Terrell, TX 75161

### Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $_____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: **June 1, 2022**

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                  (a)    $_____

b. Total fees, charges, expenses, escrow, and costs outstanding:      +    (b)    $_____

c. **Total.** Add lines a and b.                                                          (c)    $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/_____

| Debtor 1 | Oran Hill | | | Case Number (if known) | 17-31790-hdh13 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

| | | | | |
|---|---|---|---|---|
| | ✗ /s/ Chase Berger | | Date | 05/23/2022 |
| | Signature | | | |
| Print: | Chase Berger | | Title | Bankruptcy Attorney |
| Company | Ghidotti \| Berger LLP | | | |
| Address | 1920 Old Tustin Avenue | | | |
| | Number    Street | | | |
| | Santa Ana, CA 92705 | | | |
| | City    State    Zip Code | | | |
| Contact phone | (949) 427-2010 | | Email | bknotifications@ghidottiberger.com |

**CERTIFICATE OF SERVICE**

On May 23, 2022, I served the foregoing documents described as Response to Notice of Final Cure Payment on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
Karla M. Balli
ecf@leebankruptcy.com

US TRUSTEE
ustpregion06.da.ecf@usdoj.gov

CHAPTER 13 Trustee
Thomas Powers
cmecf@dallasch13.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Michaela Rice
Michaela Rice

On May 23, 2022, I served the foregoing documents described as Response to Notice of Final Cure Payment on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Oran Hill
1263 Yellow Rock Ridge
Terrell, TX 75161

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Michaela Rice
Michaela Rice